IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 07-409 |
| | ) |
| SUSIE HORNING, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 3rd day of July, 2008, the Court having been advised that the above defendant wishes to change her plea of not guilty, entered December 14, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Tuesday, July 22, 2008 at 9:30 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: James Garrett,
    Assistant United States Attorney

    Michael Novara,
    Assistant Federal Public Defender

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation