UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| v. | ) | Cr. No. 07-409 |
| WILLIAM MCCLAFFERTY, | ) | |
| Defendant, | ) | |
| METLIFE BANK, and its successors and assigns, | ) | |
| Garnishee | ) | |

## ORDER OF COURT

AND NOW, this _18th_ day of _March_, 20_09_, upon consideration of the United States' Application for Writ of Garnishment, the Clerk of the United States District Court is hereby ordered to issue a Writ of Garnishment directed to MetLife Bank.

_____
UNITED STATES DISTRICT JUDGE