UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff | )<br>) |
| v. | ) Cr. No. 07-409<br>) |
| WILLIAM MCCLAFFERTY, | )<br>) |
| Defendant, | )<br>) |
| THE GEM GROUP,<br>and its successors and assigns, | )<br>)<br>) |
| Garnishee | ) |

## ORDER OF COURT

AND NOW, this 18th day of March, 2009, upon consideration of the United States' Application for Writ of Continuing Garnishment, the Clerk of the United States District Court is hereby ordered to issue a Writ of Continuing Garnishment directed to The Gem Group.

_____
UNITED STATES DISTRICT JUDGE