UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| v. | ) Cr. No. 07-409 |
| LINDA MCCLAFFERTY, | ) |
| Defendant, | ) |
| BANK OF AMERICA, and its successors and assigns, | ) |
| Garnishee | ) |

## ORDER OF COURT

AND NOW, this 18TH day of MARCH, 20 09, upon consideration of the United States' Application for Writ of Garnishment, the Clerk of the United States District Court is hereby ordered to issue a Writ of Garnishment directed to Bank of America.

_____
UNITED STATES DISTRICT JUDGE