UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Cr. No. 07-409 |
| ) | |
| LINDA MCCLAFFERTY, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| CITIGROUP, INC., ) | |
| and its successors and assigns, ) | |
| ) | |
| Garnishee ) | |

## ORDER OF COURT

AND NOW, this __18th__ day of __March__, 20__09__, upon consideration of the United States' Application for Writ of Continuing Garnishment, the Clerk of the United States District Court is hereby ordered to issue a Writ of Continuing Garnishment directed to CitiGroup, Inc..

_____
UNITED STATES DISTRICT JUDGE