UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Cr. No. 07-409 |
| ) | |
| WILLIAM MCCLAFFERTY, III ) | |
| ) | |
| Defendant, ) | |
| ) | |
| INVESCO AIM INVESTMENT SERVICES ) | |
| and its successors and assigns, ) | |
| ) | |
| Garnishee ) | |

## ORDER OF COURT

AND NOW, this 18TH day of MARCH, 2009, upon consideration of the United States' Application for Writ of Garnishment, the Clerk of the United States District Court is hereby ordered to issue a Writ of Garnishment directed to Invesco Aim Investment Services.

_____
UNITED STATES DISTRICT JUDGE