UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) |
| v. | ) Cr. No. 07-409 |
| LINDA MCCLAFFERTY | ) |
| Defendant, | ) |
| FIDELITY INVESTMENTS and its successors and assigns, | ) |
| Garnishee | ) |

## ORDER OF COURT

AND NOW, this _18th_ day of _MARCH_, 20_09_, upon consideration of the United States' Application for Writ of Continuing Garnishment, the Clerk of the United States District Court is hereby ordered to issue a Writ of Continuing Garnishment directed to Fidelity Investments.

_____
UNITED STATES DISTRICT JUDGE